# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:10-cv-391-RJC-DSC

| | |
|---|---|
| GLENN HARRY GREEN, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CHIEF RODNEY MONROE and CITY OF ) <br> CHARLOTTE, ) <br> ) <br> Defendant. ) <br> ) | **ORDER** |

**THIS MATTER** comes before the Court on Plaintiff Glenn Harry Green's ("Plaintiff") Motion to Voluntarily Dismiss. (Doc. No. 8). Defendants Chief Rodney Monroe and the City of Charlotte ("Defendants") neither oppose Plaintiff's motion nor move to attach any condition to dismissal. (Doc. No. 9).

After issue has been joined, a plaintiff may only voluntarily dismiss his case without prejudice by court order or by stipulation. FED. R. CIV. P. 41(a). Plaintiff moves to dismiss, "with the Court's permission to re-file within a reasonable period of time which would be determined by the Court." (Doc. No. 8 at 2). The Court will **GRANT** Plaintiff's motion to dismiss, but makes no ruling as to how long Plaintiff may have to re-file under any applicable statute of limitations.

**IT IS, THEREFORE, ORDERED** that:

1. Plaintiff's Motion to Voluntarily Dismiss. (Doc. No. 8), is **GRANTED**.

Signed: November 8, 2011

Robert J. Conrad, Jr.
Chief United States District Judge